**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **Tasha D Hansard** | § |
| **versus** | § **Civil Action 07cv4234** |
| | § |
| **Davol Inc , C R Bard Inc** | § |

## NOTICE

The Order for Conference (instrument # 2 ) issued 12/12/2007 ____setting a hearing before Judge Ewing Werlein Jr on 4/18/2007 was issued in error. Therefore, that setting is VACATED.

Counsel should serve a copy of this notice upon parties for whom service has been made.

Michael N. Milby
Clerk of Court

Date: 12/18/2007

___Mary Mapps
Deputy Clerk

Original - Docketing
Copy - Case Manager